## ATTACHMENT A

### DESCRIPTION OF THE PREMISES TO BE SEARCHED

The premises to be searched are located at ▇▇▇▇▇▇▇▇ South Deerfield, MA 01373. The building at ▇▇▇▇▇▇▇▇ South Deerfield, MA 01373 is an apartment building. The premises to be searched is a bedroom inside ▇▇▇▇.